ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: diana.erb@akerman.com

*Attorneys for Defendant*
*BAC Home Loans Servicing, LP, a*
*subsidiary of Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESUS PEREZ-ORNELAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, a subsidiary of BANK OF AMERICA, N.A., and DOES I through X inclusive,<br><br>Defendants. | Case No.: 2:10-cv-02183-PMP-GWF<br><br>**ORDER CANCELING LIS PENDENS** |

This Court issued an Order Granting the Stipulation for Dismissal with prejudice on February 15, 2011 [Dkt. 8].

Defendant requests that the lis pendens currently recorded against the subject property by Plaintiff Jesus Perez-Ornelas ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about July 30, 2010, as Instrument No. 201007300001867 in the real property records maintained by the Clark County Recorder. A copy of the recorded Lis Pendens is attached hereto at **Exhibit A** and fully incorporated by reference.

UPON CONSIDERATION of Defendant's request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendant its requested relief and rules as follows:

1.   IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby

{LV020875;1}                                                        1

cancelled, released, and expunged.

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

_/s/ Philip M. Pro_____
UNITED STATES DISTRICT JUDGE
Dated: February 16, 2011

Submitted by:

**AKERMAN SENTERFITT LLP**

 /s/ Diana S. Erb
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*BAC Home Loans Servicing, LP,*
*a subsidiary of Bank of America, N.A.*

# EXHIBIT "A"

# EXHIBIT "A"

{LV019883;1}

(2)

Inst #: 201007300001867
Fees: $15.00
N/C Fee: $0.00
07/30/2010 12:08:14 PM
Receipt #: 446757
Requestor:
BOGGES & HARKER
Recorded By: MSH   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 138-33-514-013

11-digit parcel number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of Lis Pendens

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested by:**
Boggess + Harker

**Return To:**
Name Michael J. Harker, Esq.
Address 5550 Painted Mirage Rd # 255
City/State/Zip Las Vegas, NV 89149

This page added to provide additional information required by NRS 111.312 Section 1-2
(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CS 02/07

Electronically Filed
07/27/2010 07:24:03 AM

/s/ *signature*
CLERK OF THE COURT

PARCEL NO (138-33-514-013)
BOGGESS & HARKER
MICHAEL J. HARKER, ESQ.
Nevada Bar No. 005353
5550 Painted Mirage Road, Suite 255
Las Vegas, Nevada 89149
(702) 233-5040
Attorney for Plaintiff

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| JESUS PEREZ-ORNELAS, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP., a subsidiary of BANK OF AMERICA N.A. and DOES I through X inclusive,<br><br>Defendants. | CASE NO:   A-10-621312<br>DEPT NO:   XXII<br><br>**NOTICE OF LIS PENDENS** |

NOTICE is hereby given that an action has been commenced and is now pending in this court on the Complaint of the above-named Plaintiff against the above-named Defendants, seeking that the title to said interest of the parties to be granted to Plaintiff.

The real property in the County of Clark affected thereby is particularly described as follows:

CHARLESTON RAINBOW UNIT #17A-1
PLAT BOOK 24 PAGE 86
LOT 27 BLOCK 7

PARCEL NO.  138-33-514-013

Commonly known as 208 Scherer Street, Las Vegas, Nevada 89145.

DATED this 26th day of July, 2010.

BOGGESS & HARKER

BY:  /s/ Michael J. Harker
MICHAEL J. HARKER, ESQ.,
Nevada State Bar Number 5353
5550 Painted Mirage Road, Suite 255
Las Vegas, NV 89149
Attorney for Plaintiff

BOGGESS & HARKER